# United States District Court
## Southern District of Georgia

Chalani Luke, a minor, by and through her father and legal _____

Plaintiff

v.

William E. Lavigne, M.D.

Defendant

Case No. 1:24-cv-066

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 28th day of January, 2025.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Yaakov Y. Goldberger

Business Address: Gershon, Willoughby & Getz, LLC
Firm/Business Name

25 Hooks Lane, Suite 216
Street Address

Baltimore    MD    21208

Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

443-394-8800
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: yyg@askthelawdoc.com