IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHALANI LUKE, a minor, by and through   )
her father and legal guardian, Reginald Luke,   )
Jr. as surviving daughter of Chelsea Stanford,   )
deceased, and QUINDERIAUS MEYERS, as   )
Personal Representative of the Estate of   )
Chelsea Stanford, Deceased,   )
                              )
      Plaintiffs,   )
                              )
     v.   )              CV 124-066
                              )
WILLIAM E. LAVIGNE, M.D., and   )
WILLIAM E. LAVIGNE, M.D., P.C.,   )
                              )
      Defendants.   )

_____

**O R D E R**

_____

Before the Court is the parties' Notice of Settlement and Joint Motion to Stay Proceedings. (Doc. no. 60.) The parties advised the Court of a settlement in principle and requested a stay to seek approval of that settlement as one of the plaintiffs is a minor. The Court **GRANTS** the request and **STAYS** the case for ninety days. The parties shall have until July 29, 2026, to either file a stipulation of dismissal or advise the Court as to the status of the case through a joint filing on the docket.

SO ORDERED this 30th day of April, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA