**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 05 2026

FILED

CHALANI LUKE, a minor, by and through her father and legal guardian, Reginald Luke, Jr., as surviving daughter of Chelsea Stanford, deceased, and QUINDERIAUS MEYERS, as Personal Representative of the Estate of Chelsea Stanford, Deceased,

Plaintiffs,

v. CV 124-066

WILLIAM E. LAVIGNE, M.D., and WILLIAM E. LAVIGNE, M.D., P.C.,

Defendants.

**O R D E R**

Before the Court is the parties' Joint Status Report which the Court **construes** as a motion to continue the stay. (Doc. 65.) The parties advised the Court that they continue to work together to gain the required approval of the minor's settlement and have filed a petition for approval of that settlement in the Probate Court of Wilkes County, Georgia and also plan to seek approval for the settlement from this Court. (Id. at 1.) Accordingly, the Court **GRANTS** the motion and extends the stay. The parties shall have ninety days from the date of this Order to either file a

stipulation of dismissal or advise the Court as to the status of the case through a joint filing on the docket.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA